MACK, MILLER CANDLE COMPANY, Appellant, *v.* THE MACMILLAN COMPANY, Respondent.

(Argued December 6, 1934; decided December 31, 1934.)

*Ernest I. White* for appellant.

*Walbridge S. Taft* and *Malcolm S. Langford* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.